CHARLES W. MILLIGAN and Others, Respondents, v. THE STATE OF NEW YORK, Appellant. (Claim No. 21681.) — Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

CHARLOTTE PAYNE, Respondent, v. FRANK EMERY, Respondent; LIMESTONE PRODUCTS CORPORATION OF AMERICA, Appellant, and Another.— Judgment and orders unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MERRILL K. BAKER, Respondent, v. BEMSLE WILLIAMSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

EDWARD J. ROCHE, SR., as Administrator of IRMA MAE ROCHE, Deceased, Respondent, v. WESLEY POTTS, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Acquisition of Land for a Water Supply by the VILLAGE OF CATSKILL, under Chapter 49 of the Laws of 1930.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Application of SALVATORE MARTORANO, Petitioner, for a Certiorari Order against JOSEPH W. MOORE and Others, Constituting the Board of Parole, Respondents.— Determination unanimously confirmed, without costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

S. CLARISSE GARRETT, Respondent, v. JOSEPH PECKER, Appellant.— Order reversed, on the law and facts, with ten dollars costs and disbursements, and matter remitted to Special Term for costs to be fixed in accordance with section 1515 of the Civil Practice Act, upon the ground that the order appealed from violates such section. The appeal from the judgment did not bar the appellant from appealing from the order adjusting costs. (Long Island Contracting & Supply Co. v. City of N. Y., 142 App. Div. 1; McDermott v. Yvelin, 103 id. 418.) Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

In the Matter of the Claim of SOL GOLDBERG, Respondent, against MICHAELS OPTICAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of Matter of Laube v. Van Siclen (234 App. Div. 809). Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of ANNA WALSH, Respondent, v. BROOKLYN DAILY EAGLE, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim of Anna Walsh, for services as nurse, dismissed, with costs against the State Industrial Board, on the authority of Sandberg v. Seymour Dress Co., Inc. (242 N. Y. 497); Matter of Lewis v. Lefren, Inc. (234 App. Div. 513). Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.